**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Spencer Douglas SNIPES, Defendant–Appellant.**

**No. 01–7371.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 2, 2002.

Spencer Douglas Snipes, Pro Se. William David Muhr, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Spencer Douglas Snipes seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2001) motion, his motion for reduction of sentence under 18 U.S.C.A. § 3582(c)(2) (West 2000), and his motions for evidentiary hearings and appointment of counsel. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United*

*States v. Snipes,* Nos. CR–93–124; CA–01–85–2 (E.D. Va. filed Aug. 7, 2001; entered Aug. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*